

## NUMBER 13-10-00410-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

JIM BATY HOMES, L. P., JIM BATY
CUSTOM HOMES, AND JIM BATY,                                     Appellants,

v.

PROSPERITY BANK,                                                Appellee.

### On Appeal from the 40th District Court
### of Ellis County, Texas.

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Garza and Vela
### Memorandum Opinion Per Curiam

This appeal was abated by this Court on October 27, 2010, due to the bankruptcy

of one of the parties to this appeal.   *See* 11 U.S.C. § 362; *see generally* Tex. R. App. P. 8.

Since the abatement there has been no activity in this appeal.   On May 4, 2012, the

Court ordered the parties to file an advisory regarding the status of the appeal and, if

applicable, a motion to reinstate the appeal or a motion to dismiss the appeal. The order notified the parties that failure to respond to the order would result in reinstatement and dismissal of the appeal for want of prosecution.

The parties have failed to respond. Accordingly, we reinstate and dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b).

PER CURIAM

Delivered and filed the
21st day of June, 2012.